M. L. Bennett, of Normangee, and C. C. Chessher, of Groveton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for four years.

No statement of facts is brought forward. The single bill of exception found in the record cannot be appraised in the absence of a statement of facts.

In pronouncing sentence, the court failed to make application of the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775). The sentence is reformed in order that it may be shown that appellant is condemned to confinement in the penitentiary for not less than two nor more than four years.

As reformed, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Lawrence RUSSELL v. STATE.
### No. 16625.

Court of Criminal Appeals of Texas.
April 18, 1934.

C. L. King, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, seven years in the penitentiary.

The record is here without statement of facts or bills of exception.

All matters of procedure appearing regular, the judgment will be affirmed.

## George SYKES v. STATE.
### No. 16786.

Court of Criminal Appeals of Texas.
April 4, 1934.

P. Z. Sullivan, of Bellville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The indictment is regular and regularly presented. Appellant entered a plea of guilty. The facts heard before the trial court are not brought up for review. No irregularity in the proceeding has been perceived, and nothing appears requiring further discussion.

The judgment and sentence fail to take note of the Indeterminate Sentence Law (article 775, C. C. P.), under the terms of which the appellant will be condemned to suffer confinement in the penitentiary for a period of not less than two nor more than five years.

As reformed, the judgment is affirmed.